# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# ORLANDO DIVISION

**KAREN MARGARET COPELAND,**

    **Plaintiff,**

v.                             Case No: 6:18-cv-873-Orl-37DCI

**DEPARTMENT OF HOUSING AND
URBAN DEVELOPMENT, ALEX
TORRES, CRYSTAL GONZALEZ,
ORANGE COUNTY SHERIFF'S
OFFICE and GENERAL INSPECTOR,**

    **Defendants.**

## REPORT AND RECOMMENDATION

This cause comes before the undersigned upon periodic review of the case.

On June 4, 2018, Plaintiff, proceeding *pro se*, filed a complaint against Defendants. Doc. 1. Plaintiff, however, did not pay the filing fee or move to proceed *in forma pauperis*. Therefore, on June 6, 2018, the undersigned entered an order directing Plaintiff to pay the filing fee in full or file a motion to proceed *in forma pauperis* on or before June 20, 2018. Doc. 4 at 1. The undersigned warned Plaintiff that failure to timely comply with the Court's order would result in a recommendation that the case be dismissed without further warning. *Id*. at 2. As of the date of this recommendation, Plaintiff has not paid the filing fee or moved to proceed *in forma pauperis*.

Accordingly, it is **RECOMMENDED** that:

1. The case be **DISMISSED without prejudice**; and

2. The Clerk be directed to close the case.

**NOTICE TO PARTIES**

A party has fourteen days from this date to file written objections to the Report and Recommendation's factual findings and legal conclusions. A party's failure to file written objections waives that party's right to challenge on appeal any unobjected-to factual finding or legal conclusion the district judge adopts from the Report and Recommendation. *See* 11th Cir. R. 3-1.

Recommended in Orlando, Florida on July 3, 2018.

DANIEL C. IRICK
UNITES STATES MAGISTRATE JUDGE

Copies furnished to:

Presiding District Judge
Counsel of Record
Unrepresented Party
Courtroom Deputy