UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KAREN MARGARET COPELAND,

    Plaintiff,

v.                                                                                          Case No. 6:18-cv-873-Orl-37DCI

DEPARTMENET OF HOUSING AND
URBAN DEVELOPMENT; SUZETTE M.
WILSON; LEE GONZALEZ; and
JAMES BERROCAL.

    Defendants.

_____

## ORDER

Plaintiff Karen Margaret Copeland ("**Copeland**") initiated this action against the

Defendants on June 4, 2018. (*See* Doc. 1 ("**Complaint**").) On June 6, 2018, U.S. Magistrate

Judge Daniel C. Irick ordered Copeland to either pay the filing fee in full or file a motion

to proceed *in forma pauperis*. (Doc. 4 ("**IFP Order**").) Copeland failed to comply with the

IFP Order. Thus, Judge Irick issued a Report and Recommendation that the Court dismiss

the Complaint without prejudice for failure to comply with the IFP Order. (Doc. 11

("**R&R**").) Following the issuance of the R&R, Copeland filed an Amended Complaint as

well as two Motions for Miscellaneous Relief on July 19, 2018. (*See* Doc. 12–14.) However,

Copeland has still yet to comply with the IFP Order.

The parties did not object to the R&R, and the time for doing so has now passed.

As such, the Court has examined the R&R only for clear error. *See Wiand v. Wells Fargo*

*Bank, N.A.*, No. 8:12-cv-557-T-27EAJ, 2016 WL 355490, at *1 (M.D. Fla. Jan. 28, 2016); *see*

*also Marcort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Finding no error, the Court concludes that the R&R is due to be adopted in its entirety.

Accordingly, it is **ORDERED AND ADJUDGED** as follows:

1.  U.S. Magistrate Judge Daniel C. Irick's Report and Recommendation (Doc. 11) is **ADOPTED, CONFIRMED**, and made a part of this Order.

2.  Plaintiff's Complaint (Doc. 1) is **DISMISSED WITHOUT PREJUDICE.**

3.  Plaintiff's Amended Complaint (Doc. 12) is **DISMISSED WITHOUT PREJUDICE**.

4.  Plaintiff's Motions for Miscellaneous Relief for Order on Civil Action (Doc. 13) is **DISMISSED WITHOUT PREJUDICE**.

5.  Plaintiff's Motions for Miscellaneous Relief for Order on Civil Action to Continue Residing at Crossland of Orlando (Doc. 14) is **DISMISSED WITHOUT PREJUDICE**.

6.  On or before **Friday, August 3, 2018**, Plaintiff may file an amended complaint consistent with the strictures of this Order, along with a motion to proceed *in forma pauperis* or payment of the filing fee. Failure to file an amended complaint within this time period will result in dismissal of this case without further notice.

**DONE AND ORDERED** in Chambers in Orlando, Florida, on July 23, 2018.



ROY B. DALTON JR.
United States District Judge

Copies to:
Counsel of Record
*Pro Se* Party